IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| DALE JUSTICE, FELIX MATTHIESSEN, ROHAN ZACHARIAH, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 7:19cv62 MFU |
| v. | ) ) | |
| WOODS ROGERS PLC. and LEAH STIEGLER, | ) ) ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, by their respective counsel, and pursuant to Federal Rule 41(a)(1)(A)(ii), hereby stipulate and agree that the Complaint filed by Plaintiffs and any other claims filed in this matter be **DISMISSED WITH PREJUDICE**.

Respectfully submitted,

*/s/ Larry L. Crain* \_\_\_
Larry L. Crain
Crain Law Group
5214 Maryland Way, Suite 402
Brentwood, TN 37027
(615) 376-2600 (Telephone)
(615) 345-6009 (Facsimile)
larry@crainlaw.legal
**Counsel for Plaintiff**

*/s/ Dennis J. Quinn*
Dennis J. Quinn
CARR MALONEY P.C.
2020 K Street, NW, Suite 850
Washington, D.C. 20006
(202) 310-5500 (Telephone)
(202) 310-5555 (Facsimile)
dennis.quinn@carrmaloney.com
**Counsel for Defendants**